**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FINDING AS MOOT** |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **COPIES OF DOCUMENTS** |
| | ) | |
| Gerard Galen Lovejoy, | ) | Case No. 4:07-cr-061 |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Defendant's "Motion for Copies of Documents" filed on October 14, 2008. <u>See</u> Docket No. 62. The defendant, Gerard Lovejoy, requests copies of numerous docket entries from the above-captioned case. Lovejoy contends that he needs docket entries 46, 48, 49, 51, and 59 so that he can determine whether his counsel was ineffective. The Court has been informed that Lovejoy's attorney has sent him the requested documents. Therefore, the Court **FINDS AS MOOT** the Defendant's motion (Docket No. 62).

**IT IS SO ORDERED.**

Dated this 20th day of October, 2008.

_/s/ Daniel L. Hovland_____
Daniel L. Hovland, Chief Judge
United States District Court